UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-21, a national bank,<br><br>Plaintiffs,<br><br>v.<br><br>VILLAGIO COMMUNITY ASSOCIATION, a Nevada non-profit corporation; RMB INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:17-cv-01969-RFB-PAL<br><br>ORDER |

On April 21, 2017, this Court certified a question of law regarding NRS 116's notice requirement to the Nevada Supreme Court in <u>Bank of N.Y. Mellon v. Star Hill Homeowners Ass'n</u>, Case No. 2:16-cv-02561-RFB-PAL, ECF No. 41. The Court finds that the outcome of that decision will impact the pending motions in this case. For reasons of judicial economy and to avoid inconsistent decisions or partial decisions on some but not all issues, the Court will not consider any further motions until the parties have had the opportunity to receive and address the Nevada Supreme Court's opinion on this issue.

**IT IS THEREFORE ORDERED** that this case is hereby STAYED.

**IT IS FURTHER ORDERED** that Defendant Villagio Community Association's Motion to Dismiss, ECF No. [8] is DENIED as moot pursuant to the filing of the Court's Order of Dismissal. ECF No. [27].

///

**IT IS FURTHER ORDERED** that all other pending motions are DENIED without prejudice.

**DATED** this 22nd day of March, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**